Submitted December 7, 1970. *Abner H. Silver,* and *Silver, Miller & Silver,* for appellant; *Louis A. Perez, Jr.* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* McCarty, Appellant.

Submitted December 10, 1970. *Ralph W. D. Levan,* Assistant Public Defender, for appellant; *Grant E. Wesner,* Assistant District Attorney, and *Robert L. Van Hoove,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Mann, Appellant.

Submitted December 7, 1970. *Barry H. Denker,* and *Shuman, Denker & Land,* for appellant; *T. Michael Mather* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District At-

torney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Manning, Appellant.

Argued December 8, 1970. *George M. Painter, III,* with him *Jonathan H. DeYoung,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, with him *William T. Nicholas,* Executive Assistant District Attorney, *Parker H. Wilson,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence affirmed, and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court committed until he has complied with the sentence, or any part thereof which had not been performed at the time the appeal was made a supersedeas.

## Commonwealth *v.* Manuel, Appellant.

Submitted December 9, 1970. *John O. Cole* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James D. Crawford,* Deputy